IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE BANCORP BANK,<br><br>                Plaintiff,<br><br>v.<br><br>LAWYERS TITLE INSURANCE<br>CORPORATION, et al.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 13-6103 |

## ORDER

**AND NOW**, this 8th day of July 2014, upon consideration of the Amended Complaint (Doc. No. 19), Defendants' Motion to Dismiss (Doc. No. 21), Plaintiff's Response in Opposition (Doc. No. 24), and Defendants' Reply in Further Support of the Motion (Doc. No. 26), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Doc. No. 21) is **GRANTED**. Counts II and III of the Amended Complaint are **DISMISSED**.

2. Defendants shall file an Answer to Plaintiff's Complaint as to Count I, no later than **July 22, 2014**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.